# UNITED STATES DISTRICT COURT
## Eastern District of Tennessee

JASON JENNINGS MELTON

Petitioner

V,

UNITED STATES OF AMERICA

CASE NUMBER: 3:10-CR126

& 3:18-CV-347

Motion for Extension

## MOTION FOR EXTENTION
### (for a legitimate unavoidable reason)

COMES NOW, the Petitioner, in a motion filed in a pro se manner, requesting for a thirty-day extension to the deadline of the AUSA's Response in opposition to Petitioners 28 U.S.C. §2255 motion.

The Petitioner is currently in the process of being transferred from one institution to the next and is unable to access the proper legal materials and information required to properly prepare a substantial Reply to the AUSA's January 15, 2019 Response.

 Though the Petitioner does wish to notify the court and the AUSA of his intent to petition the court to dismiss the AUSA's Response and Motion for Extension Nunc Pro Tunc as time barred. The Petitioner does recognize the irony of the AUSA's most prominent ground raised in the extremely late Response in Opposition to Petitioner's 28 USC §2255 Motion. This main ground being that the Petitioner is time barred in the AUSA's Response that itself is extremely late coming more than four (4) months after the date Petitioner's 2255 Motion was filed.

 The Petitioner does not have an extensive amount of knowledge concerning Federal Law or Court Procedures, but he does wonder as to when exactly incompetence became enough legal grounds for consideration of extensions?

 The Petitioner prays that his Motion for Extension (for a legitimate and unavoidable reason) be granted by this honorable court.

Dated: January 18, 2018

Jason Melton #43171-074
USP Canaan, PO Box 300, Waymart, PA 18472