TO: US DISTRICT COURT
EASTERN DISTRICT OF TN,

FILED

FEB 15 2020

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

JASON MELTON
# 43171-074

* ADDRESS CHANGE:

Jason Melton Reg #43171-074
USP Victorville
U.S. PENITENTIARY
P.O. BOX 3900
ADELANTO, CA 92301

HE JUST MOVED THERE ON 2/9/19

THIS REPLY IS BEING FILED AGAIN. ORIGINAL SENT ON 2/1/19

PLEASE FILE.

Richard Ulloa
2/9/2019

Richard Enrique Ulloa
c/o 6823 Fort Hamilton Pkwy.
Box 162
Brooklyn, New York [11219]

NEW YORK NY 100
FEB 2019

USA FOREVER

X-Rayed

FEB 15 2019

RECEIVED

FEB 15 2019

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

US DISTRICT COURT
EASTERN DISTRICT TN
800 MARKET ST SUITE 130
KNOXVILLE, TN
37402

18-CV-347
SECOND FILING
FIRST NEVER FILED BY COURT

37902-230330