# UNITED STATES DISTRICT COURT
## Eastern District of Tennessee

JASON JENNINGS MELTON

Petitioner

V,

UNITED STATES OF AMERICA

CASE NUMBER: 3:10-CR126

& 3:18-CV-347

ADDRESS CHANGE

## NOTICE OF ADDRESS CHANGE

The following is the new address I have been moved to:

JASON MELTON #43171-074
USP Victorville
U.S. PENITENTIARY
P.O. BOX 3900
ADELANTO, CA 92301

Dated: February 9, 2019

------------------------------
Richard Ulloa POA for Jason Melton #43171-074
USP Victorville, PO Box 3900, Adelanto, CA 92301

US District Court
Eastern Dist TN
600 Market St Suite 130
Knoxville, TN 37400

37902-230030

RECEIVED
FEB 19 2019
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

18-cv-347
Address Change