Richard Enrique Ulloa
c/o 6823 Fort Hamilton Pkwy.
Box 162
Brooklyn, New York [11219]

Clerk of Court
Howard H Baker
US Court House
800 Market St #130
Knoxville TN 37902

Suplemental
18-CV-347
FILE ASAP

RECEIVED MAR 22 2019 Clerk, U.S. District Court Eastern District of Tennessee At Knoxville

INSPECTED

NEW YORK NY 100 15 MAR 2019 PM 15 L

37902-230030

FOREVER / USA